Brooks R. Brown (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

Robert B. Bader (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SOUND APPRAISAL and SAVAGE APPRAISAL SERVICES, INC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and VALUATION INFORMATION TECHNOLOGY, LLC, d/b/a RELS VALUATION,<br><br>Defendants. | Case No. 4:09-CV-01630-CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Date:     August 4, 2009<br>Proposed Date:   October 13, 2009<br>Courtroom:         2, 4th Floor<br>Judge:                  Hon. Claudia Wilken |

**Goodwin Procter LLP**
**10250 Constellation Blvd.**
**Los Angeles, California 90067**

1
2  For good cause shown in the Joint Stipulation to Continue Case Management Conference,
3  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference
4  currently calendared for August 4, 2009 is continued to October 13, 2009, at 2:00 p.m., with all
5  deadlines relating to the Case Management Conference continued accordingly.

6  7/21/09
7  Dated:_____     _____
8                                HON. CLAUDIA WILKEN

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:09-CV-01630-CW