BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant:
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SOUND APPRAISAL and SAVAGE APPRAISAL SERVICES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and VALUATION INFORMATION TECHNOLOGY, LLC, d/b/a RELS VALUATION,<br><br>Defendants. | Case No. 4:09-cv-01630-CW<br><br>**ORDER EXTENDING WELLS FARGO BANK, N.A. AND VALUATION INFORMATION TECHNOLOGY, LLC, D/B/A RELS VALUATION'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Current Reply Date: January 28, 2010<br>Proposed Reply Date: February 5, 2010<br><br>Judge: Hon. Claudia Wilken<br><br>Filed/Lodged Herewith: Stipulation Extending Time to File Reply |

LIBW/1729076.1

[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT     Case No. 4:09-cv-01630-CW

**<u>ORDER</u>**

Upon consideration of the Stipulation Extending Wells Fargo Bank, N.A. and Valuation Information Technology, LLC, d/b/a Rels Valuation's Time to File Reply in Support of Motion to Dismiss First Amended Complaint, and for good cause having been shown, IT IS HEREBY ORDERED THAT defendants Wells Fargo Bank, N.A. and Valuation Information Technology, LLC, d/b/a Rels Valuation shall have up to and including February 5, 2010 to file a Reply.

**IT IS SO ORDERED.**

2/1

Dated: _____, 2010

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Goodwin Procter LLP
10250 Constellation Blvd.
Los Angeles, California 90067

LIBW/1729076.1

1

[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT     Case No. 4:09-cv-01630-CW